IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD V. RAY, III, | No. C 11-01604 YGR (PR) |
| Petitioner, | Related Case No. C 10-01582 YGR (PR) |
| vs. | **ORDER REQUESTING REPLY** |
| MATTHEW CATE, | |
| Respondent. | |

Petitioner Edward V. Ray, III seeks a writ of habeas corpus under 28 U.S.C. § 2254. On March 7, 2012, Respondent moved to dismiss the petition as untimely under 28 U.S.C. § 2244(d). On March 30, 2012, Petitioner filed an opposition claiming equitable tolling. Respondent has failed to file a reply.

No later than **fourteen (14) days** from the date of this Order, Respondent is ordered to file a reply addressing Petitioner's grounds for equitable tolling, and to attach all necessary documentary evidence in support of his arguments.

IT IS SO ORDERED.

DATED: July 20, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.11\RayIII1604.requestREPLY.wpd