**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD VINCENT RAY, III,<br><br>    Petitioner,<br><br>   v.<br><br>MATTHEW CATE,<br><br>    Respondent.<br>_____ / | No. C 11-1604 YGR (PR)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION;**<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Respondent's motion for reconsideration (Docket No. 91) and his motion to alter the judgment (Docket No. 87) are DENIED. His motion for leave to file a motion for reconsideration (Docket No. 90) is GRANTED.

Petitioner's motion (1) to require respondent to file an answer or default (Docket No. 98), (2) for release pending disposition of his habeas petition (Docket No. 99), and (3) for an order addressing the merits of the petition (Docket No. 81), are DENIED.

Respondent shall file an answer addressing the merits of the petition on or before September 15, 2013. If petitioner chooses to file a traverse, he must do so by October 15, 2013. Extensions of time must be filed no later than the deadline sought to be extended and must be accompanied by a showing of good cause.

The Clerk shall terminate Docket Nos. 81, 87, 90, 91, 98 and 99.

**IT IS SO ORDERED**.

DATED: August 16, 2013

                                                  YVONNE GONZALEZ ROGERS
                                                  UNITED STATES DISTRICT COURT JUDGE