IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD VINCENT RAY, III,

    Petitioner,

  v.

MATTHEW CATE,

    Respondent.

                          /

No. C 11-01604 YGR (PR)

**ORDER GRANTING REQUEST FOR SECOND EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

Petitioner filed a *pro se* petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for a second extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **March 3, 2014.**

This Order terminates Docket No. 116.

IT IS SO ORDERED.

DATED:   February 11, 2014

                                             **YVONNE GONZALEZ ROGERS**
                                             **UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.11\Ray1604.2ndgrantEOTtraverse.wpd