UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EDWARD VINCENT RAY, III,

    Petitioner,

  v.

MATTHEW CATE, Warden,

    Respondent.

No. C 11-1604 YGR (PR)

**JUDGMENT**

    For the reasons stated in the Court's Order Denying Petition for Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

    **IT IS SO ORDERED.**

DATED: August 4, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

C:\Users\StoneF\AppData\Local\Temp\notes06E812\Ray 11-1604.jud.wpd