**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11

12    EDWARD VINCENT RAY, III,                No. C 11-1604 YGR (PR)

13              Petitioner,                   **ORDER GRANTING PETITIONER'S**
                                              **MOTION TO REOPEN TIME TO**
14        v.                                  **FILE APPEAL**

15    MATTHEW CATE, Warden,

16              Respondent.
                                         /
17

18        Petitioner Edward Vincent Ray, III filed a *pro se* petition for a writ of habeas corpus

19    pursuant to 28 U.S.C. § 2254.  On August 4, 2014, the Court issued an Order denying the petition

20    and entered judgment against Petitioner.  On August 6, 2014, the Order and judgment were returned

21    to the Court as undeliverable.  On September 3, 2014, Petitioner filed a notice of change of address

22    and, on September 12, 2014, the clerk mailed the Order and judgment to Petitioner at his new

23    address.  On September 30, 2014, Petitioner filed a notice of appeal.

24        On December 5, 2014, the Ninth Circuit issued a limited remand of the appeal to this Court.

25    In its order, the Ninth Circuit indicated that Petitioner's appeal was not filed within thirty days from

26    the entry of judgment but that Petitioner indicated that he did not receive notice of entry of judgment

27    until September 16, 2014.  The Ninth Circuit construed Petitioner's *pro se* notice of appeal as a

28    motion to reopen pursuant to Federal Rule of Appellate Procedure 4(a)(6) and remanded for this

Court to rule on the motion.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rule 4(a)(6) reads:

The district court may reopen the time to file an appeal for a period of 14 days after the date when its order to reopen is entered, but only if all the following conditions are satisfied:

(A) the court finds that the moving party did not receive notice under Federal Rule of Civil Procedure 77(d) of the entry of the judgment or order sought to be appealed within 21 days after entry;

(B) the motion is filed within 180 days after the judgment or order is entered or within 14 days after the moving party receives notice under Federal Rule of Civil Procedure 77(d) of the entry, whichever is earlier; and

(C) the court finds that no party would be prejudiced.

Fed. R. App. P. 4(a)(6).

This Court finds that all of the requirements of Rule 4(a)(6) have been met.  Accordingly, the motion to reopen the time to file an appeal is GRANTED.

The Clerk of the Court shall send of copy of this order to Petitioner and to the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

DATED:      December 22, 2014

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE